UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLEMENTINE BLAKES** | * | CIVIL ACTION |
| **VERSUS** | * | NO. 05-4990 |
| **DILLARD'S INC., ET AL.** | * | SECTION "B" |

ORDER

Before the Court is a joint Consent Motion for Stay of Proceedings brought by Plaintiff Clementine Blakes and Defendants Dillard's Inc., et al. **IT IS ORDERED** that, pursuant to 9 U.S.C. § 3, the motion is hereby **GRANTED**. Proceedings are stayed to permit Plaintiff and Defendants to pursue arbitration in accordance with the parties' arbitration agreement.

**IT IS FURTHER ORDERED** that the above-captioned matter is administratively **CLOSED** for statistical purposes only, without prejudice. The stay of proceedings and administrative closure can be lifted upon motion of either party <u>provided</u> said motion is filed no later than May 30, 2006. Failure to timely file the motion to reopen will lead to dismissal of this action without further notice.

New Orleans, Louisiana, this <u>6th</u> day of February, 2006.

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE