

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CLEMENTINE BLAKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-4990 |
| ) | |
| DILLARD'S, INC., et al., ) | Section B, Magistrate 1 |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), Fed.R.Civ.P., all of the parties hereto stipulate to the dismissal with prejudice of this action, with each party to bear her or its own costs and attorneys' fees.

By: _____
M. L. Juran
1100 Whitney National Bank Building
228 St. Charles Avenue
New Orleans, LA 70130
(504) 581-7137 – Phone
(504) 529-4579 – Fax
LA BAR ROLL # 07601

By: _____
Michael P. Burke    8/29/07
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102-2750
(314) 259-2700 - Phone
(314) 552-8700 – Fax

Attorneys for Defendants

By: _____
Abel A. Lopez
Abel A. Lopez Law Offices, L.L.C.
5020 Utica Street
Metairie, LA 70006
(504) 888-8830 – Phone
(504) 888-8840 – Fax
LA BAR # 17990

Attorneys for Plaintiff

9